UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.D. and D.D., individually and on behalf of their son, Z.D.,<br><br>                                  Plaintiffs,<br><br>-against-<br><br>IRVINGTON UNION FREE SCHOOL DISTRICT,<br><br>                                  Defendant. | 25-CV-5824 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiffs were ordered to file their motion for summary judgment on the administrative record no later than October 31, 2025. ECF No. 14. That deadline has now passed. Plaintiffs are hereby ORDERED to file their motion no later than November 10, 2025. SO ORDERED.

Dated: November 5, 2025
       New York, New York

                                                            SO ORDERED.

                                                            *Jessica Clarke*
                                                            _____
                                                            JESSICA G. L. CLARKE
                                                            United States District Judge