**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

A.D. and D.D., individually and on behalf of their son, Z.D.,

Plaintiffs,

-against-

IRVINGTON UNION FREE SCHOOL DISTRICT,

Defendant.

---------------------------------------------------------------X

25 **CIVIL** 5824 (JGLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2026, the Court has DENIED Plaintiffs' motion for summary judgement and GRANTED Defendant's motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**